JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDENA JAMES,<br><br>  Plaintiff,<br><br>v.<br><br>THE MONEY SOURCE, A BUSINESS ENTITY, FORM UNKNOWN.; SERVBANK, A BUSINESS ENTITY, FORM UNKNOWN; DOES 1 to 20, inclusive,<br><br>  Defendants. | Case No. 5:23-cv-00870-SSS (SHK)<br><br>[*Assigned to the Hon. Sunshine S. Sykes*]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side to be responsible for and bear their own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated: March 20, 2024

_____
HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE